No. 281.   SWANN ET AL. *v.* CHARLOTTE-MECKLENBURG BOARD OF EDUCATION ET AL.   C. A. 4th Cir.   [Certiorari granted, 399 U. S. 926.]   Motion of the Solicitor General for leave to participate in oral argument in this case and in No. 349 [certiorari granted, *infra*] as *amicus curiae* granted and 30 minutes allotted for that purpose. An additional 15 minutes allotted to each side in these cases and the cases are consolidated with a total of three hours for oral argument.   Motions of the National Edu-

cation Association, William C. Cramer, and the Governor of Florida for leave to participate. in oral argument as *amici curiae* denied. Motion of Classroom Teachers Assn. of the Charlotte-Mecklenburg School System, Inc., for leave to participate in oral argument as *amicus curiae* in this case and in No. 349 denied. Motions of the Commonwealth of Virginia and the Attorney General of Florida for leave to participate in oral argument as *amici curiae* also denied; THE CHIEF JUSTICE, MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE MARSHALL dissent from denial of the latter motions. Motion of Newton Collier Estes for leave to file a brief as *amicus curiae* granted, but motion for leave to participate in oral argument as *amicus curiae* denied. Motion of Albert W. Watson et al. for leave to join in *amicus curiae* brief of William C. Cramer granted. Motion of the Charlotte-Mecklenburg Board of Education for an ancillary writ of certiorari in this case and in No. 349 pertaining to proceedings subsequent to granting of certiorari in No. 281 granted; and treating the motion as a petition for a writ of certiorari, certiorari granted.